1  ADAM PAUL LAXALT
     Attorney General
2  ERIN L. ALBRIGHT, Bar No. 9953
     Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1257
6  E-mail: ealbright@ag.nv.gov

7  *Attorneys for Defendants
   Michael Gallardo, Shari Kassebaum
8  and Paul Kinsley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| RYAN FLORES, | Case No. 3:17-cv-00108-RCJ-WGC |
| --- | --- |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| GALLARDO, et al., | |
| Defendants. | |

Defendants, Michael Gallardo, Shari Kassebaum and Paul Kinsley, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Ryan Flores, in *pro se*, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

///
///
///
///
///
///
///
///

1

| | |
|---|---|
| DATED this 23 day of August, 2018.<br><br>By: _____<br>Ryan Flores (#93180)<br>Plaintiff, *pro se* | DATED this 27th day of August, 2018.<br>OFFICE OF THE ATTORNEY GENERAL<br><br>By: _____<br>Erin L. Albright, SBN 9953<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>ealbright@ag.nv.gov<br>Attorneys for Defendants |

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED 09-12-2018